**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 275 MAL 2017

                      : 

               Respondent    :   Petition for Allowance of Appeal from

                      :   the Order of the Superior Court

                      : 

             v.            : 

                      : 

                      : 

ISAAC BILAL PEARSON,         : 

                      : 

               Petitioner      : 

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.